# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1688

_____

William F. Caradine/Assabur, II,    *
        *
    Appellant,    *
        *   Appeal from the United States
   v.    *   District Court for the Eastern
        *   District of Arkansas.
John Doe, Manager, Sonic    *
Drive-In, Inc.,    *   [UNPUBLISHED]
        *
    Appellee.    *

_____

Submitted: June 23, 2011
Filed: June 29, 2011

_____

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.


Arkansas inmate William F. Caradine/Assabur, II (Caradine) appeals from the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 complaint. Caradine has also filed in this court various motions requesting, among other things, additional relief and disclosure of his medical records. Upon careful review, we conclude that the district court's dismissal without prejudice was not an abuse of

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

discretion.  See Nw. Bank & Trust Co. v. First Ill. Nat'l Bank, 354 F.3d 721, 725 (8th Cir. 2003) (district court's application of its local rules reviewed for abuse of discretion); Settlemire v. Watson, 877 F.2d 13, 14 (8th Cir. 1989) (per curiam) (affirming dismissal of pro se complaint where plaintiff failed to comply with court order to amend complaint within thirty days, and district court dismissed complaint without prejudice under local rule allowing dismissal where litigant fails to respond to communication of court within thirty days); cf. Boyle v. Am. Auto Serv., Inc., 571 F.3d 734, 741-42 (8th Cir. 2009) (Fed. R. Civ. P. 41(b) dismissal for failure to prosecute reviewed for abuse of discretion).

Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.  In addition, all of Caradine's pending motions are denied as moot.

_____